IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDY HOLDEN, EXECUTRIX OF THE: THE ESTATE OF JOSEPH TROUP RISSER, JR, DECEASED, AND WENDY HOLDEN, IN HER HOW RIGHT<br>v.<br>DELORES H. FIDLER AND KENNETH FIDLER, W/H | NO. 5:08-CV-02038-GP |

## ENTRY OF APPEARANCE AND DEMAND FOR JURY TRIAL

Kindly enter my appearance as counsel for defendants, Delores H. Fidler and Kenneth Fidler, w/h, regarding the above-captioned matter.

Defendants, Delores H. Fidler and Kenneth Fidler, w/h, hereby demands trial by twelve (12) jurors.

FILED
JUN 1? 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

LAW OFFICES PHILLIPS & HUBSHMAN,

_____ bb3370
Brian D. Boyle, Esquire
Attorney ID 55754
Attorney for Additional Defendants, Delores H. Fidler and Kenneth Fidler, w/h

Dated: 6-10-08