# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDY HOLDEN, Executrix of THE ESTATE OF JOSEPH TROUP RISSER, JR., Deceased and WENDY HOLDEN, In her own Right<br>The Cottage<br>19 Piping Rock Road<br>Upper Brookville, NY 11545 | JURY DEMAND<br><br>NO. **08-2038** |
| VS. | |
| DELORES H. FIDLER<br>KENNETH FIDLER, w/h<br>334 Hawthorne Drive<br>Lancaster, PA 17603 | |

## ENTRY OF APPEARANCE

Kindly enter the Appearance of Jennifer P. Massey, Esquire on behalf of Plaintiff, Wendy Holden, Executrix of the Estate of Joseph Troup Risser, Jr., Deceased and Wendy Holden in her own right in the above matter.

                                                        s/ Jennifer P. Massey, Esq.
                                                        Jennifer P. Massey
                                                        Attorney for Plaintiff
                                                        Attorney ID No: 206644
                                                        The Pearce Law Firm
                                                        1601 Sansom Street, Suite 2C
                                                        Philadelphia, PA 19103
                                                        (215) 557-8686