## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDY HOLDEN, Executrix of THE ESTATE OF JOSEPH TROUP RISSER, JR., Deceased and WENDY HOLDEN, In her own Right<br>The Cottage<br>19 Piping Rock Road<br>Upper Brookville, NY 11545<br><br>VS.<br><br>DELORES H. FIDLER<br>KENNETH FIDLER, w/h<br>334 Hawthorne Drive<br>Lancaster, PA 17603 | JURY DEMAND<br><br><br><br>NO. **08-2038** |

## RESPONSE TO DEFENDANT DELORES FIDLER'S
## MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFF

Plaintiff has provided discovery responses to Defendant and agrees to provide Defendant with color copies of photographs, tax returns and W2 forms shortly,

Defendant's counsel has presented to Plaintiff's counsel that they are satisfied with Plaintiff's responses and therefore, this Honorable Court does not need to rule on the motion presented.

WHEREFORE, Plaintiff Wendy Holden respectfully requests that this Honorable Court dismiss Defendant's Motion to Compel Discovery Responses.


Dated: November 18, 2008             /s/           EAP2098
                                     Edith A. Pearce, Esquire
                                     Attorney for Plaintiff
                                     Identification No.: 68753
                                     The Pearce Law Firm
                                     1601 Sansom Street, Suite 2C
                                     Philadelphia, PA 19103
                                     (215) 557-8686

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY HOLDEN, Executrix of THE ESTATE OF JOSEPH TROUP RISSER, JR., Deceased and WENDY HOLDEN, In her own Right<br>The Cottage<br>19 Piping Rock Road<br>Upper Brookville, NY 11545 | : : : : : : : | JURY DEMAND<br><br>NO. **08-2038** |
| VS. | : : | |
| DELORES H. FIDLER<br>KENNETH FIDLER, w/h<br>334 Hawthorne Drive<br>Lancaster, PA 17603 | : : : : | |

## CERTIFICATION OF SERVICE

    I, Edith A. Pearce, Esquire, attorney for Plaintiff, state that on this date, the below-noted counsel were served with Plaintiff's Response to Motion to Compel Plaintiff's Discovery Responses.

> J. Michael Flanagan, Esquire
> Flanagan and Associates
> 150 East Chestnut Street
> Lancaster, Pa 17602

Dated: November 18, 2008                 /s/ EAP2098
                                                         Edith A. Pearce, Esquire
                                                         Attorney for Plaintiff
                                                         Identification No.: 68753
                                                         The Pearce Law Firm
                                                         1601 Sansom Street, Suite 2C
                                                         Philadelphia, PA 19103
                                                         (215) 557-8686