IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY HOLDEN, Executrix of the Estate of Joseph Troup Risser, Jr., deceased, ET AL, Plaintiffs | : : : : | Civil Action |
| v. | : : | No. 08-2038 |
| DELORES H. FIDLER, ET AL., Defendants. | : : | |

## ORDER

**AND NOW**, this 18th day of November 2008, upon consideration of Defendants' Motion to Compel (Doc. No. 10), Plaintiffs' Response (Doc. No. 11), and correspondence from defense counsel dated November 17, 2008, **IT IS ORDERED** that the Motion is MOOT.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge